# In the United States Court of Federal Claims

No. 22-761 C
(Filed: May 5, 2023)

```
* * * * * * * * * * * * * * * * * *    *
                                       *
BRINTON T. HARRISON,                   *
                                       *
               Plaintiff,              *
                                       *
       v.                              *
                                       *
THE UNITED STATES,                     *
                                       *
               Defendant.              *
                                       *
* * * * * * * * * * * * * * * * * *    *
```

## ORDER

On April 11, 2023, the government filed a joint status report informing the Court that the Army Board for Correction of Military Records ("ABCMR" or "Board") granted Plaintiff full relief in its decision on remand and that "no further proceedings are required" in this case. ECF No. 10. The government asserts that counsel for Plaintiff "has reviewed the board's decision and agrees that the board's decision granted full relief and provides a satisfactory basis for disposition of this case." *Id.* at 1. The government also posits that Plaintiff "is amenable to dismissal of the case." *Id.* However, the Court cannot proceed to order dismissal of Plaintiff's case on this mere representation in a status report. Accordingly, the parties **SHALL** seek dismissal of this action (*e.g.*, through a voluntary or stipulated dismissal), or, in the alternative, **SHALL** file a joint status report informing the Court how they plan to proceed, on or before May 12, 2023.

**IT IS SO ORDERED**.

s/ Zachary N. Somers
Zachary N. Somers
Judge